UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 1:14CR90 |
| ) | |
| v. ) | <u>PETITION FOR WRIT OF HABEAS</u> |
| ) | <u>CORPUS AD PROSEQUENDUM</u> |
| PAUL CORBI ) | |
| Inmate #255852 ) | |
| ) | |

NOW COMES the United States of America, by and through Thomas M. Kent, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Paul Corbi, Inmate #255852, white male, DOB 09/13/1980, who is presently detained in the Buncombe County Detention Center, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case the defendant shall be returned to the custody of Buncombe County Detention Center, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 24th day of February, 2015.

        ANNE M. TOMPKINS
        United States Attorney

        S/THOMAS M. KENT
        THOMAS M. KENT
        Assistant United States Attorney
        N.Y. Bar No. 2966364
        100 Otis Street
        Asheville, NC 28801
        Telephone: 828-271-4661
        Fax: 828-271-4670
        E-mail: thomas.kent@usdoj.gov