IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 cr 90

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PAUL CORBI. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned upon referral from United States District Judge Martin Reidinger of a notification (#28) by the Defendant that he wished to terminate his retained counsel. In a letter dated February 16, 2016, Defendant had advised his retained counsel James Mills that Mr. Corbi wished to terminate the attorney/client relationship between himself and Mr. Mills. The case came before Judge Reidinger for sentencing on February 18, 2016 and at that time, Judge Reidinger continued the sentencing hearing and referred the matter concerning counsel to the undersigned.

At the call of this matter on for hearing, the Defendant advised the Court he wished to withdraw his letter (#28) and he wished to have Mr. Mills continue to represent him in this matter. Mr. Mills advised he would do so. As a result, the undersigned will allow the motion to withdraw the letter terminating his attorney.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the letter dated February 16, 2016 (#28) from the Defendant is hereby considered to be **WITHDRAWN** and the issue is now **moot**. Mr. Mills shall continue to represent the Defendant in this matter.

Signed: February 23, 2016

Dennis L. Howell
United States Magistrate Judge