**James Mills**

| | |
|---|---|
| **From:** | Kent, Thomas (USANCW) <Thomas.Kent@usdoj.gov> |
| **Sent:** | Tuesday, March 29, 2016 2:21 PM |
| **To:** | James Mills |
| **Subject:** | Corbi info |

Sounds like. . . arrested in July of 2014 for PWID (case I ultimately charged over here). He was released that same day. He was re-arrested on 8/1/14 and released the next day. He was arrested on 11/23/14 on all of his pending charges and stayed in custody as of that date. So sounds like he gets 1 day credit on 7/18/14, 2 days credit for the August arrest on the same, and then credit between 11/23/14 forward.