# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**PAUL CORBI**<br>*Defendant* | )<br>)<br>) Case No. 1:14-CR-90<br>)<br>) |

## WAIVER OF PRELIMINARY HEARING

I understand and acknowledge:

1. That I have been charged a) with one or more offenses in a Criminal Complaint OR b) with violating the terms and conditions of probation or supervised release.

2. That I have a right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1, to determine whether there is probable cause to support the allegations against me.

3. That at a preliminary hearing, I would have the right to be represented by counsel, hear and confront the Government's evidence, and present my own evidence.

4. That if I waive my right to a preliminary hearing, such a hearing will not be held and the Court will find that there is probable cause to support the allegations against me.

5. That I have read this waiver form, or had it read to or translated for me, and that I understand it.

I have discussed these issues with my attorney and I now wish to:

☐ Waive my right to a preliminary hearing.

☒ Waive my right to a preliminary hearing AND waive my right to be present in court when this waiver is presented.

Date: 2/5/24

_____
Defendant's signature

Date: 2/5/2024

_____
Attorney's signature