UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14CR90 - MR - WCM

UNITED STATES OF AMERICA

VS.　　　　　　　　　　　　　　　**NOTICE OF GENERAL APPEARANCE**
　　　　　　　　　　　　　　　　　**OF COUNSEL**
PAUL MICHAEL CORBI


　　　NOW COMES the undersigned attorney and enters a Notice of Appearance on behalf of the Defendant in the above-mentioned cases. All further notices and copies of pleadings, papers, and other material relevant to counsel's representation should be directed to and served upon the undersigned counsel.


This the 9th day of February 2024


　　　　　　　　　　　　　　　　　　　　s/Joel Schechet
　　　　　　　　　　　　　　　　　　　　Joel Schechet
　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant
　　　　　　　　　　　　　　　　　　　　46 Haywood St. Suite 200
　　　　　　　　　　　　　　　　　　　　Asheville, NC 28801
　　　　　　　　　　　　　　　　　　　　828-989-3133
　　　　　　　　　　　　　　　　　　　　Bar Number # 35730