UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cr-00090-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| PAUL CORBI | ) | |

NOW COMES FORTH undersigned counsel, Douglas P. Edwards, and moves this Honorable Court to allow him to withdraw as counsel of record for Defendant, Paul Corbi, for the reasons set forth below:

1. Undersigned counsel was appointed to represent the Defendant on February 2, 2024.

2. The Notice of Attorney Appearance by Joel Schechet was received on February 9, 2024 [Doc. 42]

3. Defendant has retained alternate counsel.

WHEREFORE, Attorney Edwards requests this Honorable Court withdraw his appearance as counsel in this case.

THIS, the 9th day of February, 2024

*s\ Douglas P. Edwards*
Douglas P. Edwards
N.C. Bar Number:42802
22 S. Pack Sq, Ste. 1200
Asheville, NC 28801
828-702-8743
doug@dougedwardslaw.com

# CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that, pursuant to the Rules of Criminal Procedure, and the local rules of the Western District of North Carolina, the foregoing Motion has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically generate and send a Notice of Electronic Filing (NEF) to the undersigned filing user and users of record:

Thomas Kent
Asst. United States Attorney
thomas.kent@usdoj.gov

Joel Schechet
jdschechet@gmail.com

THIS, the 9th day of February, 2024

*s\ Douglas P. Edwards*

Douglas P. Edwards
N.C. Bar Number:42802
22 S. Pack Sq, Ste. 1200
Asheville, NC 28801
828-702-8743
doug@dougedwardslaw.com